UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TANEAH BURNETT,

      Plaintiff,

v.                                                                    Case No: 6:26-cv-719-JSS-RMN

ORLANDO POLICE DEPARTMENT
and OFFICER GABRIEL TINEO,

      Defendants.
_____/

## **ORDER**

Plaintiff, proceeding pro se, has filed a complaint (Dkt. 1) and a motion to proceed in forma pauperis (Dkt. 2). The magistrate judge recommends dismissing the complaint because it fails to state a claim upon which relief may be granted. (Dkt. 6.) No party has filed objections to the recommendation, and the time to do so has passed. Upon consideration, the court adopts the recommendation, dismisses the complaint, and denies the motion to proceed in forma pauperis.

After conducting a careful and complete review of the findings and recommendations made by a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations." 28 U.S.C. § 636(b)(1); *accord* Fed. R. Civ. P. 72. A party must serve and file written objections to a magistrate judge's recommendation within fourteen days of being served with a copy of it, 28 U.S.C. § 636(b)(1)(C), and the failure to object in a timely fashion "waives the right to

challenge on appeal the district court's order based on unobjected-to factual and legal conclusions," 11th Cir. R. 3-1.  With respect to dispositive matters, the district judge must conduct a de novo review of any portion of the recommendation to which a timely objection is made.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *United States v. Farias-Gonzalez*, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009) ("A district court makes a de novo determination of those portions of a magistrate's report to which objections are filed.").  Even in the absence of a specific objection, the district judge reviews any legal conclusions de novo.  *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Upon conducting a careful and complete review of the magistrate judge's recommendation and giving de novo review to matters of law, the court agrees with the recommendation in full.

Accordingly:

1.    The magistrate judge's recommendation (Dkt. 6) is **ADOPTED**.

2.    Plaintiff's complaint (Dkt. 1) is **DISMISSED**.

3.    Plaintiff's motion (Dkt. 2) is **DENIED**.

4.    Plaintiff may file an amended complaint, addressing the deficiencies identified in the magistrate judge's report and recommendation, on or before May 20, 2026.

5.      On or before May 20, 2026, Plaintiff shall pay the filing fee for this action or file a renewed motion to proceed in forma pauperis.  Failure to pay the filing fee or to move to proceed in forma pauperis within the time provided may result in the dismissal of this action, without prejudice, without further notice.

**ORDERED** in Orlando, Florida, on April 30, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party